IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY C. YEAGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1552-JJF |
| | ) |
| SEARS ROEBUCK & CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this __13__ day of __MAY__, 2005, the complaint in the above-captioned case having been served on the defendant on February 1, 2005, and there having been no apparent activity on the plaintiff's part to prosecute the action;

IT IS ORDERED that, on or before __JUNE 17__, 2005, the plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
United States District Judge