In The United States District Court For The District of DeleWare

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUN -7 PM 2: 30

Timothy C. Yaeger
  Plaintiff

V.

Sears Roebuck & Co.,
  Defendant

Civ. No. 04-1552-JJF

On this 7th day of June, 2005, I Timothy C. Yaeger (Plaintiff) Request that Your Honor not Dismiss the above Captioned Case on the grounds that I, Timothy C. Yaeger (Plaintiff) Was not Aware of Certain Federal Regulations for Service of Process.

I, Timothy C. Yaeger (Plaintiff) Will Proceed By Completing a Service of Process for a Second Time Correctly, And Will also Be Seeking legal Counsel for this matter.

I, Timothy C. Yaeger (Plaintiff), Request That Your Honor <u>NOT</u> Dismiss this Case since Proper actions are Being taken to Adhere to All Federal Regulations.

Sincerely,

Timothy C. Yaeger,
Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TIMOTHY C. YEAGER,              )
                                )
        Plaintiff,              )
                                )
    v.                          ) Civ. No. 04-1552-JJF
                                )
SEARS ROEBUCK & CO.,            )
                                )
        Defendant.              )

**ORDER**

At Wilmington this __13__ day of __MAY__, 2005, the complaint in the above-captioned case having been served on the defendant on February 1, 2005, and there having been no apparent activity on the plaintiff's part to prosecute the action;

IT IS ORDERED that, on or before __JUNE 17__, 2005, the plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
United States District Judge

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: Timothy C. Yaeger
COURT CASE NUMBER: CA 04-1552-JJF

DEFENDANT: Sears Roebuck & Co.
TYPE OF PROCESS: Complaint

SERVE
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sears Roebuck & Co., Corporation Trust Co.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 1209 Orange St. Wilmington, De. 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

85C Laurel dr
Maple Shade, NJ.
08052

Number of process to be served with this Form - 285: 1 Always
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper Case

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 856-667-3513
DATE: 6-7-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than once USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

REMARKS:

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)