Timothy C. Yaeger,
Plaintiff,

V.

Sears Roebuck & Co.,
Defendant,

Civ. No. 04-1552-JJF

On this 7th Day of June, 2005, I Timothy C. Yaeger (Plaintiff) Request that your Honor Appoint Legal Cansel for my Behalf, Since I am not trained in legal Matters and Have Almost no Knowledge on how to Proceed with this matter. Also I have no funds Available to obtain Legal Cansel, since I am Surviving on a lower level of income.

I, Timothy C. Yaeger, Pray that the Court Appoint legal Cansel for my Behalf

Sincerely,
Timothy C. Yaeger, Plaintiff.