Timothy C. Yaeger,
    Plaintiff,

        V.

Sears Roebuck & Co.,
    Defendant.

Civ. No. 04-1552-JJF

AT Wilmington this 7th Day of
June, I, Timothy C. Yaeger Hereby Notify
The Cart of My Change of Adress:
Previously 2152 Melson rd. A5
Wilmington, De. 19808

To my Current Adress: 85C Laurel dr.
                        Maple Shoole, NJ.
                        08052

Sincerely: Timothy C. Yaeger, Plaintiff