IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Timothy C. Yaeger, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CA No. 04-1552 (JJF) |
| Sears Roebuck & Co., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ANSWER TO COMPLAINT

Defendant Sears, Roebuck and Co. ("Sears"), incorrectly denominated in the Complaint as "Sears, Roebuck & Co.", hereby responds as follows to Plaintiff's Complaint:

1. The allegations in this paragraph are conclusions of law to which no response is required. Subject to and without waiving the forgoing, Defendant does not contest that the Court has jurisdiction over this matter.

2. Defendant is without sufficient knowledge to admit or deny the allegations regarding Plaintiff's current residence and therefore denies them and leaves Plaintiff to his proofs.

3. Defendant admits only that it operates a business at 3240 Kirkwood Highway, Wilmington, Delaware 19808. The remaining allegations in this paragraph are denied.

4. Defendant admits only that it formerly employed Plaintiff at its business at 3240 Kirkwood Highway, Wilmington, Delaware 19808. The remaining allegations in this paragraph are denied.

5.  Defendant admits only that Plaintiff has attached a statement titled "Attachment 1". All other allegations in this paragraph are denied.

6.  Defendant admits that no alleged discriminatory practices is continuing. Defendant denies that any such alleged discriminatory practices ever took place.

7.  Defendant admits only that Plaintiff filed a charge with the Delaware Department of Labor. The remaining allegations in this paragraph are denied.

8.  Defendant admits only that Plaintiff filed a charge with the Equal Employment Opportunity Commission ("EEOC"). The remaining allegations in this paragraph are denied.

9.  Defendant admits only that the EEOC issued a Right-to-Sue letter. The remaining allegations in this paragraph are denied.

10. Defendant admits only that Plaintiff has attached a statement titled "Timothy Yaeger's Statement on Sears, Roebuck and Co. Charge number [sic] 17C - 2004 - 00358, Yaeger vs. [sic] Sears, Roebuck and Co.". The remaining allegations in this paragraph are denied.

11. Denied.

12. Defendant admits only that purported copies of Plaintiff's Charge of Discrimination filed with the Delaware Department of Labor and the EEOC are attached to the Complaint. The remaining allegations in this paragraph are denied.

13. Denied.

14. Denied.

**WHEREFORE,** Defendant Sears, Roebuck and Co. denies that Plaintiff is entitled to any relief and demands dismissal of Plaintiff's Complaint with prejudice, together with attorneys' fees, costs of suit, and such other relief as the Court deems just and equitable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

On information and belief, Plaintiff has failed to mitigate his damages, if any.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the applicable Statute of Limitations.

### FOURTH AFFIRMATIVE DEFENSE

Defendant exercised reasonable care to prevent and correct any alleged discrimination and Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by the Defendant or to avoid harm otherwise.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claim under Title VII of the Civil Rights Act of 1965, 42 U.S.C. § 2000e *et seq.* is barred because Plaintiff failed to exhaust his administrative remedies before filing suit.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims for punitive damages are vague and subjective and are therefore unconstitutional under the provisions of the United States Constitution.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of fraud, laches, and estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant may not be held liable for punitive damages because it engaged in good faith efforts to prevent discrimination and to comply with all anti-discrimination and other applicable laws.

## NINTH AFFIRMATIVE DEFENSE

All actions taken by Defendant concerning Plaintiff's employment were taken for legitimate business reasons unrelated to his alleged complaints of discrimination, none being admitted.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for relief are limited by the statutory limitations on damages.

**WHEREFORE** Defendant Sears, Roebuck and Co. denies that Plaintiff is entitled to any relief and demands dismissal of Plaintiff's Complaint with prejudice, together with attorneys' fees, costs of suit, and such other relief as the Court deems just and equitable.

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

s/William M. Kelleher
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant

OF COUNSEL:
Steven W. Suflas
Jennifer L. Sova
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Suite 500, Main St.
Voorhees, New Jersey 08043
Phone: (856) 761-3400
Facsimile: (856) 873-9041


Dated:  July 26, 2005

## **CERTIFICATE OF SERVICE**

I, William M. Kelleher, do hereby certify that I have caused a copy of Defendant Sears, Roebuck and Co.'s Answer to be served on Plaintiff via first-class mail, postage prepaid, at the following address:

> Timothy Yaeger
> 85C Laurel Drive
> Maple Shade, New Jersey 08052

> s/William M. Kelleher
> William M. Kelleher