IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Timothy C. Yaeger,           :
                             :
    Plaintiff.               :
                             :
    v.                       :
                             :      CA No. 04-1552 (JJF)
Sears Roebuck & Co.,         :
                             :      **STIPULATION OF DISMISSAL**
    Defendant.               :      **WITH PREJUDICE**
                             :

It is hereby STIPULATED AND AGREED that the above-entitled action be hereby dismissed WITH PREJUDICE and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

_____           _____ /TMD
Timothy Yaeger                           Ballard Spahr Andrews & Ingersoll LLP
                                         William M. Kelleher, Esquire (No. 3961)
Dated: August 05, 2005                   919 Market Street, 12th Floor
                                         Wilmington, DE 19801
                                         Phone: (302) 252-4465
                                         Facsimile: (302) 252-4466
                                         E-mail: kelleherw@ballardspahr.com

                                         Counsel for Defendant

                                         Dated: August _____, 2005