IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Timothy C. Yaeger, | : |
|     Plaintiff, | : |
| v. | : CA No. 04-1552 (JJF) |
| Sears Roebuck & Co., | : |
|     Defendant. | : |

**CERTIFICATE OF SERVICE**

    I, William M. Kelleher, do hereby certify that I have caused a copy of the Stipulation of Dismissal With Prejudice to be served on Plaintiff via first-class mail, postage prepaid, at the following address:

        Timothy Yaeger
        85C Laurel Drive
        Maple Shade, New Jersey 08052

        /s/William M. Kelleher
        William M. Kelleher, Esquire (No. 3961)